IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**HAROLD GLENN**                                                                                    **PLAINTIFF**

vs                                           2:05CV00132-WRW

**MICHAEL BACHAND, et al**                                                              **DEFENDANTS**

**ORDER**

Pending is Defendant, Dale Arnold's Motion for Entry of Final Judgment (Doc. No. 12). Mr. Arnold is a separate defendant in this §1983 case involving multiple parties. On July 26, 2005, Mr. Arnold was dismissed from the case (Doc. No. 10). He is now requesting that a Judgment be entered, because it would not prejudice the other defendants, and would provide a "more expeditious repose."

Under Fed. R. Civ. P. 54(b), a district court may direct entry of final judgment on one claim in a multi-claim case. A determination must be made that there is no just reason for delay. Certifications under Rule 54(b) should neither be granted routinely nor as an accommodation to the counsel.[1] The district court must "take into account judicial administrative interests as well as the equities involved."[2] A showing that judicial resources will be conserved by appellate

---

[1] *Bullock v. Baptist Memorial Hospital*, 817 F.2d 58, 59 n.2 (8th Cir. 1987).

[2] *Curtiss-Wright Corp. v. General Electric Co.*, 446 U.S. 1, 8 (1980).

1

review and that early review of one of the claims will further the interest of all parties are important considerations.[3]

In this case, separate defendant, Mr. Arnold has not demonstrated that a piecemeal adjudication of this case will serve judicial administrative interests or will serve the interests of the other parties.   Therefore, Motion for Entry of Judgment is DENIED.

DATED this 23rd day of August, 2005

        /s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[3]*Hardie v. Cotter and Co.*, 819 F.2d 181 (8th Cir. 1987).