IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**HAROLD GLENN**                                                                                    **PLAINTIFF**

**v.**                                 **2:05CV00132-WRW**

**MICHAEL BACHAND, individually and officially
as Chief of Police for the Wynne Police Department;
PAUL NICHOLS, individually and officially as
Mayor for the City of Wynne; ERVIN DOBBINS,
CHARLES HAMRICK, MONROE FUTRELL,
and GLENN HIRONS, individually and officially as
Aldermen for the City of Wynne, Arkansas; THE CITY
OF WYNNE, ARKANSAS**                             **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Defendants' Motion for Summary Judgment is GRANTED. This case is DISMISSED with prejudice.

IT IS SO ADJUDGED dated this 20th day of March 2007.

                                                                    /s/Wm. R. Wilson, Jr.
                                                       UNITED STATES DISTRICT JUDGE